In the Matter of JOHN M. BATEMAN, Appellant, against HARRY W. MARSH et al., Constituting the Municipal Civil Service Commission of the City of New York, Respondents.

In the Matter of JAMES J. WELDON, Appellant, against HARRY W. MARSH et al., Constituting the Municipal Civil Service Commission of the City of New York, Respondents.

In the Matter of JOHN M. PARCHEN, Appellant, against HARRY W. MARSH et al., Constituting the Municipal Civil Service Commission of the City of New York, Respondents.

Argued January 8, 1947; decided February 20, 1947.

*Milton L. Rosenberg* for appellants.

*John J. Bennett, Corporation Counsel (Seymour B. Quel, Helen R. Cassidy* and *Harry Hollander* of counsel), for respondents.

*Nathaniel L. Goldstein, Attorney-General (Wendell P. Brown* and *Irving I. Waxman* of counsel), appearing, pursuant to section 68 of the Executive Law, in support of section 6 of article V of the New York State Constitution.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: FULD, J.